Arthur W. Arentsen, plaintiff in error, v. Sherman Towel Service Corporation et al., defendants in error. Gen. No. 35,827.

 Opinion filed October 4, 1932. Rehearing denied October 15, 1932.

Edwin B. Bederman and Richard R. Klein, for plaintiff in error; Richard R. Klein, of counsel. Markheim & Allie, for defendants in error; A. R. Miller, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

Rose Sassman, appellant, v. Samuel Helberg and Sarah Helberg, appellees. Gen. No. 35,875.

 Opinion filed October 4, 1932. Rehearing denied October 15, 1932.

Lewis W. Schlifkin, for appellant; Irving L. Block, of counsel. Mortimer Porges and Irving G. Zazove, for appellees.

Mr. Justice Gridley delivered the opinion of the court.

Wallace B. Behnke, appellee, v. Walter E. Gustavson and Hanna C. Gustavson, appellants. Gen. No. 35,918.

 Opinion filed October 4, 1932.

Philip Gothberg, for appellants. Erich E. Pacyna and Oscar M. Meusel, for appellee; Erich E. Pacyna, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

Mary Shea, appellee, v. National Tea Company, appellant. Gen. No. 35,927.

 Opinion filed October 4, 1932. Rehearing denied October 15, 1932.

Soelke, Koehn & Loewy, for appellant. Daniel L. Madden, for appellee.

Mr. Justice Gridley delivered the opinion of the court.